IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LHF PRODUCTIONS, INC., | ) |
| | ) Case No.: 16-cv-10564 |
| Plaintiff, | ) |
| | ) Judge Amy J. St. Eve |
| v. | ) |
| | ) |
| DOES 1-28, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DOE DEFENDANT NO. 21**

Plaintiff, LHF Productions, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all causes of action in the complaint against Doe Defendant associated with Internet Protocol address 73.73.198.202 (Doe No. 21). Each party shall bear its own attorney's fees and costs.

The respective Doe Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: February 16, 2017     LHF PRODUCTIONS, INC.

By:    s/Michael A. Hierl
        Michael A. Hierl (Bar No. 3128021)
        Hughes Socol Piers Resnick & Dym, Ltd.
        Three First National Plaza
        70 W. Madison Street, Suite 4000
        Chicago, Illinois 60602
        (312) 580-0100 Telephone
        (312) 580-1994 Facsimile
        mhierl@hsplegal.com

        Attorneys for Plaintiff
        LHF Productions, Inc.

## **CERTIFICATE OF SERVICE**

  The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal of Doe Defendant No. 21 was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on February 16, 2017.

                     s/Michael A. Hierl