IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LHF PRODUCTIONS, INC., | ) |
| | ) Case No.: 16-cv-10564 |
| Plaintiff, | ) |
| | ) Judge Amy J. St. Eve |
| v. | ) |
| | ) |
| DOES 1-28, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DOE DEFENDANTS**

Plaintiff, LHF Productions, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all causes of action in the complaint against Doe Defendants associated with Internet Protocol addresses 73.45.193.18 (Doe No. 5); 67.186.126.68 (Doe No. 22) and 98.213.192.191 (Doe No. 25). Each party shall bear its own attorney's fees and costs.

The respective Doe Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: March 2, 2017          LHF PRODUCTIONS, INC.

By:    s/Michael A. Hierl
       Michael A. Hierl (Bar No. 3128021)
       Hughes Socol Piers Resnick & Dym, Ltd.
       Three First National Plaza
       70 W. Madison Street, Suite 4000
       Chicago, Illinois 60602
       (312) 580-0100 Telephone
       (312) 580-1994 Facsimile
       mhierl@hsplegal.com

       Attorneys for Plaintiff
       LHF Productions, Inc.

## **CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal of Certain Doe Defendants was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on March 2, 2017.

                                                                      s/Michael A. Hierl